UNITED STATES DISTRICT COURT
CONNECITCUT

VERONICA DOWD

   Plaintiff,

V.                 CIVIL ACTION NO

SOUTHWEST CREDIT SYSTEMS LIMITED PARTNERSHIP.

Defendant.             December 21, 2015

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in East Haven, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 4120 International Parkway, Suite 1100, Carrollton, TX 75007..

6. Defendant communicated with plaintiff by written letter on November 22, 2015 in connection with collection efforts with regard to plaintiff's disputed personal debt allegedly owed to Verizon Wireless.

7. Defendant sent their initial collection letter dated November 22, 2015, which failed to state the total amount due, including the principal, interest and other charges, that were allegedly due and owing.

8. Defendant has no procedure reasonably adapted to avoid such error and violation.

9. In the collection efforts, the Defendant violated the FDCPA; inter alia, §1692e.

**SECOND COUNT**

10. The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to making false, deceptive and misleading statements in violation of §1692c and e.


WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff statutory damages pursuant to CUTPA
3. Award Plaintiff costs of suit and a reasonable attorney's fee.
4. Award such other and further relief as this Court may see fit.

                THE PLAINTIFF

BY<u>/S/Bernard T. Kennedy</u>
  Bernard T. Kennedy, Esquire
  Kennedy Law Firm
  1204 Main Street, #176
  Branford, CT 06405
  (443) 607- 8901
  (443) 440-6372 Fax
  Fed. Bar # ct00680
  bernardtkennedy@yahoo.com