# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Veronica Dowd,
    *Plaintiff*,

v.

Southwest Credit Systems, LP,
    *Defendant*.

No. 3:15-cv-01847 (JAM)

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before May 14, 2016. If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 14, 2016.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

The Clerk is directed to close this case.

It is so ordered.

Dated at New Haven this 14th day of April 2016.

                                                  /s/ *Jeffrey Alker Meyer*
                                                  Jeffrey Alker Meyer
                                                  United States District Judge